IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMORROW BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv874-MHT |
| ) | (WO) |
| HOUSTON COUNTY COMMISSION, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*, (Doc. # 2), filed October 31, 2008.

The court wishes the plaintiff to fully understand the limited nature of being allowed to proceed *in forma pauperis* which only permits the plaintiff to commence this suit without prepayment of fees and court costs.  The plaintiff should understand they may incur expenses as a result of the prosecution of this case.  In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee plus mileage.  Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party.  This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Now, having advised the plaintiff of the possible expense of litigation, the court ORDERS that the motion for leave to proceed *in forma pauperis* be and is hereby GRANTED.

Done, this 13th day of November, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE