IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMORROW BUSH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:08cv874-MHT |
| | ) | (WO) |
| SHERIFF ANDY HUGHES, in his | ) | |
| individual and official | ) | |
| capacities, and JAIL | ) | |
| COMMANDER KEITH REED, in | ) | |
| his individual capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Defendants Andy Hughes and Keith Reed's motion for summary judgment (doc. no. 73) is granted.

(2) Judgment is entered in favor of defendants Hughes and Reed, with plaintiff Tomorrow Bush taking nothing by her complaint.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Bush, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of May, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE